UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                                  Bk No.: <u>16-24387-RAM</u>
                                                                                        Chapter 13
MANUEL LORA
_____Debtor_____ /

## OBJECTION TO CONFIRMATION OF PLAN

Ditech Financial LLC ("Creditor"), by and through its undersigned counsel, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan(s) contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor avers as follows:

1. Creditor holds a first mortgage lien on real property owned by the Debtor located at 825 Brickell Bay Drive 851, Miami, FL 33131.

2. On October 20, 2008, the Debtor(s) executed a Note in favor of Creditor in the amount of $92,000.00.

3. The Creditor has/will file(d) a proof of claim which sets forth the ongoing post-petition payment amount and pre-petition arrearages.

4. The Plan fails to adequately provide for payment of pre-petition arrearages. The Creditor objects to confirmation unless provided for and/or corrected.

5. The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

6. Creditor objects to any proposed Plan that is inconsistent with Creditor's Claim or is not amended or modified to overcome its objections.

PH # 84322

7. Secured Creditor reserves the right to supplement and/or amend this objection.

**WHEREFORE**, Creditor, Ditech Financial LLC**,** respectfully requests the Court deny confirmation of the proposed Plan(s) and grant it such additional relief as the Court deems just and proper.

**I HEREBY CERTIFY** , that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Date:  July 18, 2017         /s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

PH # 84322

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

MANUEL LORA
825 BRICKELL BAY DRIVE #851
MIAMI, FL 33131

NANCY K. NEIDICH, (TRUSTEE)
P.O. BOX 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date: July 25, 2017

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email:
FLSD.bankruptcy@phelanhallinan.com

PH # 84322