UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Manuel Lora,                                    Case No.: 16-24387-RAM

                                                        Chapter 13

_____Debtor,/

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification Mediator, for the property located at: 825 Brickell Bay Dr.,#851, Miami, FL 33131, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on December 5, 2018 and the following parties were present:

1. [ X ] The Debtor, Manuel Lora, and his attorney, Lazaro Lopez.
2. [ ] No Co-Obligor was involved with this case.
3. [ X ] The Lender's representatives, Scott Hansen, and Julie O'Hara, and Peter Kelly, Lender's counsel.
4. [ ] Other: _____

**B.**  The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.**  The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement.
2. [ ] The parties did not reach an agreement.

Dated: December 12, 2018                    /s/ *Betsy F. Yegelwel*
                                            Signature of Mediator
                                            Print name: Betsy F. Yegelwel, Esq.
                                            Address: 2150 SW 13th Avenue
                                            Miami, FL 33145
                                            Telephone: 305-858-2706
                                            Email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)